UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
       :
MARIE SPENCER,       :
       :   20 Civ. 8019 (PAE)
               Plaintiff,    :
       :   ORDER
           -v-       :
       :
C.R. BARD INC. et al.,       :
       :
              Defendants.   :
       :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

     This lawsuit was transferred back to the Court's docket today by the United States District Court overseeing the multi-district litigation of which this case was a part. The Court's intention is now to move this case forward with expedition. The Court directs counsel to meet and confer and, by October 7, 2020, to submit a joint letter identifying the anticipated future course of this litigation, including any outstanding areas of discovery, and attaching a proposed case management plan. Upon review of counsel's submission, the Court will convene a telephonic case management conference.

     SO ORDERED.

                                                                             *Paul A. Engelmayer*
                                                                             Paul A. Engelmayer
                                                                             United States District Judge

Dated:  September 29, 2020.
         New York, New York