UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIE SPENCER,

                              Plaintiff,

      -v-

C. R. BARD, INC. et al,

                              Defendants.

20 Civ. 8019 (PAE)

NOTICE OF
TELEPHONE
CONFERENCE

---

PAUL A. ENGELMAYER, District Judge:

      The Court thanks counsel for their status report, *see* Dkt. 10. The Court wishes to hold a telephonic case-management conference with counsel to discuss the proposed scheduling order. A telephone conference is hereby scheduled for **October 14, 2020 at 3 p.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 8, 2020
         New York, New York